# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| Miguel Angel Marquez-Martinez (a/k/a Bri Marquez-) | ) |
| *Plaintiff* | ) |
| v. | ) Case No. |
| United States of America, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Miguel Angel Marquez-Martinez (a/k/a Bri Marquez-Martinez) as local counsel pursuant to L.R. 83.1   .

Date:   05/21/2018

/s/ David S. Rudolf
*Attorney's signature*

David S. Rudolf 8587
*Printed name and bar number*

Rudolf Widenhouse
225 E. Worthington Ave.
Suite 200
Charlotte, NC 28203
*Address*

dsrudolf@rudolfwidenhouse.com
*E-mail address*

(704) 333-9945
*Telephone number*

(704) 335-0224
*FAX number*