IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-cv-00224

| | | |
|---|---|---|
| MIGUEL ANGEL MARQUEZ-MARTINEZ (AKA BRIANNA MARQUEZ-MARTINEZ) | ) ) ) ) | |
| | ) | **NOTICE OF SPECIAL APPEARANCE** |
| **v.** | ) ) | |
| UNITED STATES OF AMERICA ET AL. | ) ) | |

Please take notice that the undersigned Anthony Balkissoon hereby enters a notice of special appearance as counsel for Miguel Angel Marquez-Martinez (aka Brianna Marquez-Martinez) in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, David S. Rudolf.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.


    s/ Anthony Balkissoon
Anthony Balkissoon
Loevy & Loevy
311 N. Aberdeen St., Third Floor
Chicago, IL 60607
312-243-5900
tony@loevy.com
Illinois Bar. No. 6302344
Attorney for Plaintiff


    s/ David S. Rudolf
David S. Rudolf
RUDOLF WIDENHOUSE

225 East Worthington Avenue
Ste. 200
Charlotte, NC 28203
(704) 333-9945
dsrudolf@rudolfwidenhouse.com
N.C. Bar. No. 8587
Local Civil Rule 83.1(d) Counsel for Plaintiff

## Certificate of Service

I hereby certify that I have served a copy of Notice of Special Appearance on May 21, 2018 by CM/ECF electronic filing on the following:

All counsel of record who have appeared to date.

s/ Anthony Balkissoon
Anthony Balkissoon
Loevy & Loevy
311 N. Aberdeen, Third Floor
312-243-5900
tony@loevy.com
Illinois Bar. No. 6302344
Attorney for Plaintiff


s/ David S. Rudolf
David S. Rudolf
RUDOLF WIDENHOUSE
225 East Worthington Avenue
Ste. 200
(704) 333-9945
dsrudolf@rudolfwidenhouse.com
N.C. Bar. No. 8587
Local Civil Rule 83.1(d) Counsel for Plaintiff
