IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CV-224-D

MIQUEL MARGUEZ-MARTINEZ,           )
                                    )
            Plaintiff,              )
                                    )
    v.                              )        **ORDER**
                                    )
USA, et al.,                        )
                                    )
            Defendant.              )

At the direction of the Court, and for the continued efficient administration of justice, the above captioned case is redesignated as a Western District prisoner civil rights case. The Honorable James C. Dever III, Chief United States District Judge, will remain the presiding judge. **All future pleadings should reflect the revised case number of: 5:18-CT-3118-D.** No further filings shall be made in 5:18-CV-224-D.

This **21** day of May, 2018.

Peter A. Moore, Jr.
Clerk of Court