IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-ct-03118-D

| | |
|---|---|
| MIGUEL ANGEL MARQUEZ-MARTINEZ (AKA BRIANNA MARQUEZ-MARTINEZ) | ) ) ) ) ) **NOTICE OF SPECIAL APPEARANCE** ) ) ) ) |
| **v.** | |
| UNITED STATES OF AMERICA ET AL. | |

Please take notice that the undersigned Aisha N. Davis hereby enters a notice of special appearance as counsel for Miguel Angel Marquez-Martinez (aka Brianna Marquez-Martinez) in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, David S. Rudolf.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

    s/ Aisha N. Davis
Aisha N. Davis
Loevy & Loevy
311 N. Aberdeen St., Third Floor
Chicago, IL 60607
312-243-5900
aisha@loevy.com
Illinois Bar. No. 6323791
Attorney for Plaintiff

    s/ David S. Rudolf
David S. Rudolf
RUDOLF WIDENHOUSE

225 East Worthington Avenue
Ste. 200
Charlotte, NC 28203
(704) 333-9945
dsrudolf@rudolfwidenhouse.com
N.C. Bar. No. 8587
Local Civil Rule 83.1(d) Counsel for Plaintiff

## Certificate of Service

I hereby certify that I have served a copy of Notice of Special Appearance on May 23, 2018 by CM/ECF electronic filing on the following:

All counsel of record who have appeared to date.

                                         s/ Aisha N. Davis
                                         Aisha N. Davis
                                         Loevy & Loevy
                                         311 N. Aberdeen, Third Floor
                                         312-243-5900
                                         aisha@loevy.com
                                         Illinois Bar. No. 6323791
                                         Attorney for Plaintiff

                                         s/ David S. Rudolf
                                         David S. Rudolf
                                         RUDOLF WIDENHOUSE
                                         225 East Worthington Avenue
                                         Ste. 200
                                         (704) 333-9945
                                         dsrudolf@rudolfwidenhouse.com
                                         N.C. Bar. No. 8587
                                         Local Civil Rule 83.1(d) Counsel for Plaintiff