# UNITED STATES DISTRICT COURT

### for the

### Eastern District of North Carolina

| | |
|---|---|
| Miguel Angel Marquez-Martinez (aka Brianna Marquez Martinez) | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) |
| UNITED STATES OF AMERICA et al. | ) ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No.   5:18-CT-3118-D

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CALVIN TERRANCE DAVIS
REGISTER NO.: 63666-056
FCI DANBURY
FEDERAL CORRECTIONAL INSTITUTION
ROUTE 37
DANBURY, CT  06811

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony Balkissoon
Loevy & Loevy
311 N. Aberdeen, Third Floor
Chicago, IL 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   05/25/2018

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Calvin Terrance Davis   Inmate # 63666-
was received by me on *(date)*   6-29-18   .   DOB 9-4-71

☐ I personally served the summons on the individual at *(place)*   FCI Danbury CT
33 Pembroke Rd   on *(date)*   7-2-18   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 95   .

I declare under penalty of perjury that this information is true.

Date:   7-2-18

_____
*Server's signature*

Gary D. Renz
State Marshal
*Printed name and title* 8 Eustis Road
Danbury, CT 06811

_____
*Server's address*

Additional information regarding attempted service, etc: