Calvin Terrance Davis
Register No. 63666-056
Federal Correctional Institution
Route 37
Danbury, CT 06811


FILED
AUG 13 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

UNITED STATES DISTRICT COURT
Eastern District of North Carolina

MIGUEL ANGEL MARQUEZ-MARTINEZ
    a/k/a Brianna Marquez Martinez,
              Plaintiffs,

v.

UNITED STATES OF AMERICA, et al,
CALVIN TERRANCE DAVIS,
              Defendants

Civil Action No. 5:18-CT-3118—D

MOTION FOR EXTENSION
TO OBTAIN COUNSEL

## I. Introduction

Defendant Calvin Terrance Davis (hereaefter "Davis") was served with a civil action on July 9, 2018. Davis is presently serving a thirteen (13) month sentence at Federal Correctional Institution Danbury, which is located in Connecticut. Due to the delay in service and his inability to obtain counsel while incarcerated, Davis, who files this motion pro se, would like to request an extension until after his release (scheduled for November 5, 2018) as he will be returning to Spring Lake, North Carolina to reside and will be able to obtain an attorney at that time.

## II. Relief Sought

Calvin Terrance Davis, defendant, moves this court to extend the time to obtain counsel from August 9, 2018 to January 5, 2019, which is sixty (60) days following Davis's release from federal custody.

## III. Grounds for Relief

The extra time is needed because the defendant is incarcerated and unable to obtain counsel. A sixty (60) day extension past Davis's release from federal custody on November 5, 2018 would allow Davis to obtain counsel upon reentry into the community.

To the best of the defendant's knowledge, there have been no previous extensions of time obtained from Marquez-Martinez or granted by the court.

Dated: August 9, 2018

By: _____
Calvin Terrance Davis
Register No. 63666-056
Pro Se