IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CT-3118-D

| | |
|---|---|
| MIGUEL MARQUEZ-MARTINEZ, ) <br> a/k/a BRIANNA MARQUEZ- ) <br> MARTINEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Defendants. ) | **ORDER** |

Plaintiff seeks an extension of time until November 19, 2018, to serve defendants, and has shown good cause for the extension [D.E. 23]. The court GRANTS the motion.

Defendant Calvin Terrance Davis seeks an extension of time until January 7, 2019, in order to secure counsel after he is released from incarceration [D.E. 17]. The court GRANTS the motion, and Davis shall file his answer on or before January 7, 2019.

SO ORDERED. This _22_ day of August 2018.

                                                    JAMES C. DEVER III
                                                    Chief United States District Judge