IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MIGUEL ANGEL MARQUEZ-MARTINEZ (a/k/a BRIANNA MARQUEZ-MARTINEZ), <br>     Plaintiffs <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br>     Defendants | Case No. 5:18-cv-3118-D |

## (Proposed) ORDER TO WITHDRAW COUNSEL

This matter is before the Court on Plaintiff Miguel Angel Marquez-Martinez a/k/a Brianna Marquez-Martinez's Motion to Withdraw the Appearance of Aisha Davis (Dckt 51). The Motion is GRANTED.

Dated: December ___, 2018          SO ORDERED,

_____
Hon. James C. Dever, III
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Tony Balkissoon, an attorney, hereby certify that on December 19, 2018, I filed the foregoing PROPOSED ORDER using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Tony Balkissoon
*One of Plaintiff's Attorneys*