IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

MIGUEL ANGEL MARQUEZ-MARTINEZ )
(a/k/a BRIANNA MARQUEZ-MARTINEZ), )
    Plaintiffs )
) Case No. 5:18-CT-3118-D
v. )
)
UNITED STATES OF AMERICA, et al., )
)
    Defendants )
)

## ORDER TO WITHDRAW COUNSEL

This matter is before the Court on Plaintiff Miguel Angel Marquez-Martinez a/k/a Brianna Marquez-Martinez's Motion to Withdraw the Appearance of Aisha Davis (Dckt 51). The Motion is GRANTED.

Dated: December 20, 2018          SO ORDERED,

                                                         Hon. James C. Dever, III
                                                         United States District Court Judge